UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DELFIN RABINOVICH, derivatively on : 
behalf of Intercept Pharmaceuticals, Inc., :
 :
                        Plaintiff, :    20-cv-11001 (LJL)
 :
          v. :
 :
PAOLO FUNDARÒ, ET AL., :
 :
                     Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION AND [PROPOSED] ORDER TO
TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE PURSUANT TO 28 U.S.C. § 1404(A)**

      Plaintiff Delfin Rabinovich and Defendants Paolo Fundarò, Luca Benatti, Nancy Miller-Rich, Daniel Welch, Mark Pruzanski, Daniel Bradbury, Gino Santini, Srinivas Akkaraju, Keith Gottesdiener and Glenn Sblendorio, and Nominal Defendant Intercept Pharmaceuticals, Inc. ("Intercept") (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

      WHEREAS, on December 29, 2020, Plaintiff filed the above-captioned shareholder derivative action asserting state law claims and a claim for contribution under Sections 10(b) and 21D of the Securities Exchange Act of 1934 (ECF No. 1);

      WHEREAS, undersigned counsel for all Defendants has accepted service of the Summons and Complaint on behalf of all Defendants, and the Parties agree that the Defendants' time to move, answer or otherwise respond to the Complaint in this action should be deferred until forty-five (45) days after this Court either so orders or denies the instant stipulation;

      WHEREAS, Article XI of Intercept's publicly-filed bylaws contain a forum selection clause that provides that "the Court of Chancery of the State of Delaware shall be the sole and

exclusive forum for (i) any derivative action or proceeding brought on behalf of the Corporation . . . ; *provided, however*, that, in the event that the Court of Chancery of the State of Delaware lacks subject matter jurisdiction over any such action or proceeding, the sole and exclusive forum for such action or proceeding shall be another state or federal court located within the State of Delaware";

WHEREAS, the Parties have conferred and agreed that, in light of Article XI of Intercept's bylaws, the case should be transferred to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1404(a);

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights, arguments, or defenses otherwise available to the Parties to the Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and respectfully requested, by and among the undersigned counsel for the respective Parties, subject to approval of the Court, that (i) Defendants' time to move, answer or otherwise respond to the Complaint is extended to forty-five (45) days after the Court so orders or denies the instant stipulation; and (ii) pursuant to 28 U.S.C. § 1404, the above-captioned matter be transferred to the District of Delaware.

Dated: New York, New York
January 26, 2021

/s/ Thomas J McKenna
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Facsimile: (212) 983-0380
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiff*

/s/ Scott D. Musoff
Scott D. Musoff
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
scott.musoff@skadden.com

James R. Carroll (*pro hac vice* motion forthcoming)
Alisha Q. Nanda
Rene H. DuBois
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
Telephone: (617) 573-4800
Facsimile: (617) 573-4822
james.carroll@skadden.com
alisha.nanda@skadden.com
rene.dubois@skadden.com

*Counsel for Defendants Paolo Fundarò, Luca Benatti, Nancy Miller-Rich, Daniel Welch, Mark Pruzanski, Daniel Bradbury, Gino Santini, Srinivas Akkaraju, Keith Gottesdiener and Glenn Sblendorio and Nominal Defendant Intercept Pharmaceuticals, Inc.*

**IT IS SO ORDERED**.

Dated: _____January 27_____, 2021

_____
LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

3